MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC. and
UAL CORPORATION

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GOLIN, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMR CORPORATION, AMERICAN AIRLINES, INC., BRITISH AIRWAYS PLC, UAL CORPORATION, UNITED AIRLINES, INC., VIRGIN ATLANTIC AIRWAYS LIMITED, and JOHN DOES I-X,<br><br>　　　　　　　Defendants. | CASE NO. CV 06-04057-MMC<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT**; ORDER THEREON |

　　　Pursuant to Local Rule 6-1, Plaintiff Barry Golin and Defendants AMR Corp., American Airlines, Inc., British Airways Plc, UAL Corporation, United Air Lines,

-1-

Inc., and Virgin Atlantic Airways Limited respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant.  Plaintiff Barry Golin has consented to the requested extension.  In support of this stipulation, the parties state:

      1.    The Complaint in this matter was filed on June 29, 2006.  It seeks relief under the Sherman Act and the Clayton Act against three defendants on behalf of a putative class.

      2.    Nearly 50 similar actions have been filed in various jurisdictions around the country.

      3.    There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue.  The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

      4.    The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

      THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to

Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated:  July 20, 2006            THE FURTH FIRM, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 20507)
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
T:  (415) 433-2070
F:  (415) 982-2076

*Attorneys for Plaintiff Barry Golin*

Dated:  July 20, 2006            MAYER, BROWN, ROWE & MAY LLP

/s/
Edward D. Johnson (SBN 189475)
Two Palo Alto Square, Suite. 300
3000 El Camino Real
Palo Alto, CA  94306
T:  (650) 331-2000
F:  (650) 331-4537

Richard J. Favretto
Andrew A. Nicely
John Roberti
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006
*Attorneys for Defendants United Air Lines, Inc. and UAL Corporation*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 20, 2006 | SULLIVAN & CROMWELL LLP |

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303
T:  (650) 461-5600
F:  (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
T:  (202) 956-7500
F:  (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated: July 20, 2006          SIMPSON THACHER & BARTLETT LLP

/s/
Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
T:  (650) 251-5000
F:  (650) 251-5002

*Attorneys for Defendant Virgin Atlantic Airways Limited*

-4-

| | |
|---|---|
| Dated:  July 20, 2006 | WEIL, GOTSHAL & MANGES LLP <br><br> /s/ <br> Gayle E. Rosenstein (SBN 237975) <br> WEIL, GOTSHAL & MANGES LLP <br> Silicon Valley Office <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA  94065 <br> T:  (650) 802-3000 <br> F:  (650) 802-3100 <br><br> *Attorneys for Defendants AMR Corporation and American Airlines, Inc.* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:  July 21, 2006

_____
Honorable Maxine M. Chesney

-5-